UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-cv-62159-WPD

ANTHONY CARRUBA,

    Plaintiff,

v.

ACCOUNT DISCOVERY SYSTEMS, LLC, A NEW YORK LIMITED LIABILITY COMPANY,

    Defendant.

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A MOTION FOR DEFAULT JUDGMENT AND LEAVE OF COURT TO CONDUCT DISCOVERY

Plaintiff, ANTHONY CARRUBA (hereinafter "Plaintiff"), by and through the undersigned counsel and pursuant to Local Rule 7.1, requests the entry of an Order extending the time for Plaintiff to file a Motion for Default Judgment and in response to this Honorable Court's Order to Show Cause [DE 9], and leave of Court to conduct discovery in this matter and as grounds therefore, states as follows:

1. This is an action for actual and statutory damages for violations under the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq*. (hereinafter the "FDCPA"), and violations under the Telephone Consumer Protection Act, 47 U.S.C. §227, *et seq*. (hereinafter the "TCPA").

2. On November 24, 2014, the Clerk entered a Default against Defendant, Account Discovery Systems, LLC [DE 8].

3. On December 4, 2014, the Court entered an Order to Show Cause [DE 9], requiring the

      Plaintiff to file a Motion for Default Judgment on or before December 15, 2014.

4. Plaintiff is requesting a forty-five (45) day extension of time to file his Motion for Default Judgment in this cause as the TCPA count requires call records to be subpoenaed from the Planitiff's cellular phone carrier, Verizon Wireless, in order to ascertain the number of calls placed by the Defendant to the Plaintiff for purposes of calculating the total damages Plaintiff may be entitled to under the TCPA.

5. Without such information, Plaintiff is currently unable to provide the court with a calculation of damages and Plaintiff cannot currently sign an affidavit in support of a motion for final judgment.

6. As such, Plaintiff also requests leave of court to conduct discovery in this matter as to the call records in the possession of Verizon Wireless. Plaintiff's requires leave of court to conduct such discovery, as discovery, pursuant to Local Rule 26.1(f)(1), may only be conducted after the parties have conferred as required by 26(f), Fed. R. Civ. P., and it is not possible for the parties to confer when a default has been entered against the Defendant.

      WHEREFORE, Plaintiff, ANTHONY CARRUBA, respectfully requests this Honorable Court to enter an Order granting Plaintiff an extension of time in which to file his Motion for Final Judgment pursuant to this Honorable Court's Order to Show Cause [DE 9] and an Order grating leave of court to conduct discovery in this matter and for any such further relief in the discretion of this Honorable Court.

DATED:  December 12, 2014.

                                          Respectfully Submitted,

                                          MILITZOK & LEVY, P.A.
*Attorneys for Plaintiff*
The Yankee Clipper Law Center
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
(954) 727-8570 - Telephone
(954) 241-6857 – Facsimile
mjm@mllawfl.com

By: /s/ Matthew J. Militzok
MATTHEW J. MILITZOK, ESQ.
Fla. Bar No.: 0153842

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 12, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on Account Discovery Systems, LLC, Corporation Service Company, Registered Agent, 1201 Hays Street, Tallahassee, Florida, 32301.

By: /s/ Matthew J. Militzok
MATTHEW J. MILITZOK, ESQ.