UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62159-CIV-DIMITROULEAS/SNOW

ANTHONY CARRUBA,

    Plaintiff,

vs.

ACCOUNT DISCOVERY SYSTEMS, LLC,
a New York limited liability company,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion for Extension of Time to File a Motion for Default Judgment and Leave of Court to Conduct Discovery [DE 10] (the "Motion"). The Court has carefully considered the Motion [DE 10] and is otherwise fully advised in the premises.

As of November 24, 2014, Plaintiff obtained a Clerk's Default as to the Defendant. [DE 24]. On December 3, 2104, the Court issued an Order to Show Cause as to why the case should not be dismissed for lack of prosecution for failure to move for final default judgment. In the instant Motion [DE 10], the Plaintiff states that it is necessary to conduct discovery to determine damages before moving for default judgment. Plaintiff requests an additional forty-five (45) days to move for final default judgment, and requests that the Court grant leave to conduct discovery. The Court finds good cause to grant the Motion.

Accordingly, it is **ORDERED AND ADJUGED** as follows:

1.    The Motion [DE 10] is hereby **GRANTED**;

2. The Plaintiff has until January 29, 2014 to move for final default judgment. Failure to do so will result in the dismissal of the case without prejudice;

3. Plaintiff is permitted to immediately initiate discovery in this matter; and

4. In accordance with 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge Lurana S. Snow for appropriate disposition of all pretrial discovery motions, and all motions that relate directly to these motions, such as motions for extension of time, motions for reconsideration, motions for sanctions, and motions for mental or physical examinations. This Order does not refer any motion which requests a continuance or extension of the trial or pretrial scheduling dates.

**DONE AND ORDERED** in chambers in Fort Lauderdale, Broward County, Florida, this 15th day of December 2014.

/s/ William P. Dimitrouleas
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of Record