UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-cv-81357-BB

ANTHONY CARRUBA,

    Plaintiff,

v.

ACCOUNT DISCOVERY SYSTEMS, LLC,

    Defendant.

## PLAINTIFF'S AFFIDAVIT IN SUPPORT OF MOTION FOR FINAL DEFAULT JUDGMENT

COMES NOW, the Plaintiff, ANTHONY CARRUBA, having personal knowledge of the matters stated herein, and having been duly sworn under oath in accordance with the laws of the State of Florida, do hereby depose and state the following:

1. I am the Plaintiff in this above captioned case.

2. The Defendant, ACCOUNT DISCOVERY SYSTEMS, LLC, repeatedly called me on my cellular telephone number (xxx) xxx-4018 and attempted to collect a debt from me.

3. After February 2014, I received numerous calls from the Defendant, Account Discovery Systems, LLC, and at least, sixteen (16) of the calls were placed using either an automatic telephone dialing system or which contained a pre-recorded message and/or an artificial voice.

4. The Affiant further states that the sum of up to $ 1,000.00 is provided for by 15 U.S.C. §1692k(a)(2)(A) and for an award of statutory damages pursuant to 47 U.S.C. §227(b)(3)(B) against Defendant of $500.00 per call, willful damages of $1,500 per call pursuant to 47 U.S.C. §227(b)(3).

5. I have read all of the allegations contained in the Complaint and the same are true and correct to my personal knowledge.

FURTHER AFFIANT SAYETH NAUGHT.

ANTHONY CARRUBA, hereby declares under penalty of perjury, as provided for by 28 U.S.C. §1746, that the foregoing affidavit and the information contained therein is true and correct to the best of my knowledge.

Executed this 29 day of JANUARY, 2015.

_____
ANTHONY CARRUBA