UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62159-CIV-DIMITROULEAS/SNOW

ANTHONY CARRUBA,

    Plaintiff,

vs.

ACCOUNT DISCOVERY SYSTEMS, LLC,
a New York limited liability company,

    Defendant.
_____/

## ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Motion for Entry of Default Final Judgment Against Defendant, Account Discovery Systems, LLC (the "Motion") [DE 13], filed herein on January 29, 2015. The Court has carefully considered the Motion [DE 13] and is otherwise fully advised in the premises.

The record indicates that the Defendant was served on October 22, 2014. [DE 5]. On November 20, 2014, Plaintiff obtained a Clerk's Default against Defendant. [DE 7]. On January 29, 2015, Plaintiff filed the instant Motion. [DE 13].

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant shall show cause on or before **February 10, 2015**, why the Motion [DE 13] should not be granted. A failure to timely respond will result in the immediate entry of a default judgment.

1

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of January 2015.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

ACCOUNT DISCOVERY SYSTEMS, LLC
C/O CORPORATION SERVICE COMPANY AS R/A
1201 HAYS ST
TALLAHASSEE, FL. 32301