UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-62159-WPD

ANTHONY CARRUBA,

    Plaintiff,

v.

ACCOUNT DISCOVERY SYSTEMS, LLC,
A New York Limited Liability Company

    Defendants.

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE
## DATED FEBRUARY 18, 2015

COMES NOW, the Plaintiff, ANTHONY CARRUBA, by and through the undersigned counsel, who hereby files this Response to this Honorable Court's Order to Show Cause [DE 16], entered February 18, 2015, and states as follows:

1. On September 23, 2014, the Clerk of this Court issued a summons to the Plaintiff for service on the Defendant via Defendant's Registered Agent [DE 3].

2. At the time the summons was prepared by the Plaintiff and issued by the Clerk, the name and address for the Defendant' Registered Agent was accurate.

3. However, between the summons issuance date (September 23, 2014) and the date of service (October 22, 2014), the Defendant changed its Registered Agent. The change appears to be have been processed on October 16, 2014 (according to the Florida Department of State, Division of Corporations).

4. As such, as of the date of service, Corporation Service Company was no longer the

Registered Agent for the Defendant.

5. The Plaintiff was unaware of this change of Registered Agent, and such a change occurring during the period of time after the summons was issued and before service would be completed, was unforeseeable to the Plaintiff.

6. The Plaintiff does not oppose the entry of an Order vacating the Clerk's default, however, Plaintiff would respectfully request the Court allow a short period of time (not to exceed 15 days) to obtain an alias summons from the Clerk and serve the Defendant at its new Registered Agent address before dismissing the instant case pursuant to Rule 4(m), Fed. R. Civ. P.

WHEREFORE, the Plaintiff having responded to this Honorable Court's Order to Show Cause dated February 18, 2015, the Plaintiff respectfully requests that this Honorable Court vacate the Clerk's default entered in this matter and allow Plaintiff the opportunity to obtain an alias summons from the Clerk and serve such upon the Defendant's new Registered Agent and any further relief in the sound discretion of this Honorable Court.

DATED: February 18, 2015

                                        Respectfully submitted,

MILITZOK & LEVY, P.A.
*Attorneys for Plaintiff*
The Yankee Clipper Law Center
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
(954) 727-8570 - Telephone
(954) 241-6857 – Facsimile
mjm@mllawfl.com

By: /s/ Matthew J. Militzok
MATTHEW J. MILITZOK, ESQ
Fla. Bar No.: 0153842

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 18, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Service List:

Account Discovery Systems, LLC
NRAI SERVICES, INC.
1200 S Pine Island Road
Plantation, FL 33324

By: /s/ Matthew Militzok
MATTHEW J. MILITZOK, ESQ.