**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 14-62159-CIV-DIMITROULEAS/SNOW**

ANTHONY CARRUBA,

     Plaintiff,

vs.

ACCOUNT DISCOVERY SYSTEMS, LLC,
a New York limited liability company,

     Defendant.

_____/

## <u>ORDER</u>

THIS CAUSE is before the Court on the Plaintiff's Motion for Entry of Default Final Judgment Against Defendant, Account Discovery Systems, LLC [DE 13]. The Court has carefully considered the Motion [DE 13], the record, and is otherwise fully advised in the premises.

Following the filing of the instant Motion [DE 13], the Court vacated the Clerk's default against Defendant due to Plaintiff's failure to effect proper service. *See* [DE 15, 18]. Plaintiff has since served Defendant, but the time for Defendant to file a response to the Complaint has not yet expired. *See* [DE 21].

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [DE 13] is **DENIED** without prejudice for later filing at a procedurally appropriate time should Defendant fail to timely respond to the Complaint.

1

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

11th day of March 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

2