UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62159-CIV-DIMITROULEAS/SNOW

ANTHONY CARRUBA,

    Plaintiff,

vs.

ACCOUNT DISCOVERY SYSTEMS, LLC,
a New York limited liability company,

    Defendant.
_____/

**ORDER GRANTING MOTION FOR FINAL DEFAULT JUDGMENT**

THIS CAUSE is before the Court upon Plaintiff's Renewed Motion for Entry of Default Final Judgment Against Defendant, Account Discovery Systems, LLC (the "Motion") [DE 25], filed herein on March 16, 2015. The Court has carefully considered the Motion [DE 25] and is otherwise fully advised in the premises.

The record indicates that the Defendant was served on February 20, 2015. [DE 21]. On March 16, 2015, Plaintiff obtained a Clerk's Default against Defendant. [DE 24]. That same day, Plaintiff filed the instant Motion. [DE 25]. On March 17, 2015, the Court issued an Order to Show Cause [DE 26], ordering the Defendant to show cause on or before March 26, 2015, as to why the Plaintiff's Motion should not be granted. The Court stated that a failure to timely respond would result in the immediate entry of a default judgment. Defendants did not respond.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    The Motion [DE 25] is hereby **GRANTED**;

2.    Pursuant to Federal Rule of Civil Procedure 58(a), the Court shall separately enter

1

default judgment against Defendant.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of April 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Account Discovery Systems, LLC
NRAI Services, Inc., Registered Agent
1200 S Pine Isand Rd.
Plantation, FL 33324