UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62159-CIV-DIMITROULEAS/SNOW

ANTHONY CARRUBA,

    Plaintiff,

vs.

ACCOUNT DISCOVERY SYSTEMS, LLC,
a New York limited liability company,

    Defendant.
_____/

## FINAL DEFAULT JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Renewed Motion for Entry of Default Final Judgment Against Defendant, Account Discovery Systems, LLC (the "Motion") [DE 25], filed herein on March 16, 2015. The Court granted the Motion [DE 25] in an Order entered separately today. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    Judgment is hereby entered in favor of Plaintiff ANTHONY CARRUBA, and against Defendant ACCOUNT DISCOVERY SYSTEMS, LLC, in the amount of Twenty-Five Thousand Dollars ($25,000.00) (which is comprised of $1,000 in statutory damages under the FDCPA and $24,000 under the TCPA), plus the taxation of costs of five hundred and seventy-eight dollars and forty-eight cents ($578.48) and attorney's fees in the sum of two thousand, seven hundred and thirty dollars ($2,730), together with interest thereon from the date of this Default Final Judgment at the rate of 0.26% per annum, for all

of which let execution issue;

2.  The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of April 2015.

*William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Account Discovery Systems, LLC
NRAI Services, Inc., Registered Agent
1200 S Pine Isand Rd.
Plantation, FL 33324